IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Moeller, David C

Printed:  5/13/08

Case Number:  06 B 08778
Judge:  Hollis, Pamela S
Filed:  7/24/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: March 31, 2008
Confirmed: September 11, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 13,650.00 |  |
| Secured: |  | 11,209.20 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,710.00 |
| Trustee Fee: |  | 730.80 |
| Other Funds: |  | 0.00 |
| Totals: | 13,650.00 | 13,650.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Macey & Aleman | Administrative | 1,710.00 | 1,710.00 |
| 2. | Wells Fargo Bank | Secured | 0.00 | 0.00 |
| 3. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 4. | Harris Bank | Secured | 9,477.03 | 9,209.20 |
| 5. | Wells Fargo Home Mortgage | Secured | 22,958.56 | 0.00 |
| 6. | Wells Fargo | Secured | 2,000.00 | 2,000.00 |
| 7. | Capital One | Unsecured | 1,438.72 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 783.54 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 328.46 | 0.00 |
| 10. | Capital One | Unsecured | 194.21 | 0.00 |
| 11. | Wells Fargo Bank | Unsecured | 2,117.56 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 328.46 | 0.00 |
| 13. | Discover Financial Services | Unsecured | 3,385.39 | 0.00 |
| 14. | World Financial Network Nat'l | Unsecured | 100.09 | 0.00 |
| 15. | Harris Bank | Unsecured | 40.12 | 0.00 |
| 16. | Wells Fargo Bank | Unsecured | 33.24 | 0.00 |
| 17. | Resurgent Capital Services | Unsecured | 271.52 | 0.00 |
| 18. | Credit First | Unsecured | 325.36 | 0.00 |
| 19. | ECast Settlement Corp | Unsecured | 447.21 | 0.00 |
| 20. | ECast Settlement Corp | Unsecured | 2,669.46 | 0.00 |
| 21. | Resurgent Capital Services | Unsecured | 1,801.37 | 0.00 |
| 22. | ECast Settlement Corp | Unsecured | 1,545.93 | 0.00 |
| 23. | Fidelity National Bank | Unsecured | 4,623.94 | 0.00 |
| 24. | Resurgent Capital Services | Unsecured | 869.74 | 0.00 |
| 25. | Melissa Moeller | Priority |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Moeller, David C | | Case Number: 06 B 08778 |
|---|---|---|---|
| | | | Judge: Hollis, Pamela S |
| | Printed: 5/13/08 | | Filed: 7/24/06 |

| | | | | |
|---|---|---|---|---|
| 26. | Amex | Unsecured | | No Claim Filed |
| 27. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 28. | Chase | Unsecured | | No Claim Filed |
| 29. | Citibank USA | Unsecured | | No Claim Filed |
| 30. | Bp Oil/Citibank | Unsecured | | No Claim Filed |
| 31. | Wells Fargo Fin Acceptance | Unsecured | | No Claim Filed |
| 32. | Dell Financial Services, Inc | Unsecured | | No Claim Filed |
| 33. | Chase Manhattan Mortgage Corp | Unsecured | | No Claim Filed |
| 34. | First USA | Unsecured | | No Claim Filed |
| 35. | Nextcard Payment Services | Unsecured | | No Claim Filed |
| 36. | HSBC Bank USA | Unsecured | | No Claim Filed |
| 37. | National City Bank | Unsecured | | No Claim Filed |
| 38. | Nicor Gas | Unsecured | | No Claim Filed |
| 39. | Pellettieri & Associates | Unsecured | | No Claim Filed |
| 40. | Nicor Gas | Unsecured | | No Claim Filed |
| 41. | Pellettieri & Associates | Unsecured | | No Claim Filed |
| 42. | World Financial Network Nat'l | Unsecured | | No Claim Filed |
| 43. | Wells Fargo Bank | Unsecured | | No Claim Filed |
| 44. | Wells Fargo Bank | Unsecured | | No Claim Filed |
| 45. | Wells Fargo Home Mortgage | Unsecured | | No Claim Filed |
| 46. | Wexler & Wexler | Unsecured | | No Claim Filed |
| 47. | CitiFinancial | Unsecured | | No Claim Filed |

$ 57,449.91     $ 12,919.20

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 50.40 |
| 5.4% | 680.40 |
| | $ 730.80 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

